■ JACK TOMOR et al., Respondents, v 1733 DEVELOPMENT CORP., Appellant, et al., Defendants. [746 NYS2d 614]

The order appealed from was the result of an oral application, and not a motion made on notice. Accordingly, the appeal must be dismissed, as an order which does not decide a motion made on notice is not appealable as of right, and leave to appeal has not been granted (see CPLR 5701 [a] [2]; Kastberg v JLM Land Dev. Corp., 280 AD2d 453; Cuffie v New York City Health & Hosps. Corp., 260 AD2d 423). H. Miller, J.P., Townes, Crane and Cozier, JJ., concur.